**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | :: | |
| | :: | **CRIMINAL ACTION** |
| v. | :: | |
| | :: | **NO. 1:25-CR-11-SDG-JSA-3** |
| **CHACE JONES** | :: | |

**UNITED STATES MAGISTRATE JUDGE'S
FINAL REPORT AND RECOMMENDATION
<u>CONCERNING PLEA OF GUILTY</u>**

The Defendant, by written consent, has appeared before me with counsel and has tendered a plea of guilty to counts 1 and 3 of the indictment, namely, conspiracy to commit murder in aid of racketeering and attempted murder in aid of racketeering. After cautioning and examining the Defendant on the record and under oath concerning each of the subjects mentioned in Federal Rule of Criminal Procedure 11, I have determined that (1) the Defendant has knowingly, voluntarily, and intelligently waived his constitutional rights, (2) his guilty plea was knowing and voluntary, and (3) the offenses charged in the indictment to which he is pleading guilty are supported by an independent basis in fact establishing each of the essential elements of such offenses.

I therefore **RECOMMEND** that the plea of guilty be **ACCEPTED** and that the Defendant be adjudged guilty and have sentence imposed accordingly.

By separate order, the Defendant is advised that his failure to file written objections to this Report and Recommendation within **14** days after service of a copy of this Report and Recommendation shall bar him from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

**IT IS SO RECOMMENDED,** this 3rd day of December, 2025.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE